IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WAJAHAT HUSSEIN** : | |
| Petitioner : | 1:10-CV-0364 |
| v. : | Complaint in Mandamus |
| **JANET NAPOLITANO, Secretary of Homeland Security; MIKE AYTES, Director of Citizenship and Immigration Services; KAREN FITZGERALD, District Director, Philadelphia USCIS District Office; GERARD HEINAUR, Director USCIS Nebraska Service Center; and ERIC HOLDER, Attorney General of the United States** : | |
| Respondents : | |

# **O R D E R**

Before the court is Petitioner's Motion to Withdraw his Complaint in Mandamus. (Doc. 9). Petitioner filed his Complaint in Mandamus on February 22, 2010 against Respondents seeking an order compelling Respondents to adjudicate his petition for permanent residency. (Doc. 1.) In his motion to withdraw, Petitioner states that he has been granted permanent residency, and thus his complaint is moot. Accordingly, **IT IS HEREBY ORDERED THAT** Petitioner's Motion to Withdraw his Complaint in Mandamus is **GRANTED**. The Clerk of Court shall close this case.

                                                          s/Sylvia H. Rambo
                                                          United States District Judge

Dated: July 23, 2010.